IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ORTHO-TAIN, INC., a corporation,<br><br>    Plaintiff,<br><br>v.<br><br>COLORADO VIVOS THERAPEUTICS, INC., VIVOS THERAPEUTICS, INC., BENCO DENTAL SUPPLY CP., BRIAN KRAFT, BEN MIRAGLIA, MARK MUSSO and KIRK HUNTSMAN,<br><br>    Defendants. | Case No. 1:20 CV 4301 |

## NOTICE OF MOTION

    PLEASE TAKE NOTICE that on **July 17, 2025, at 10:00 a.m**., Defendants Colorado Vivos Therapeutics, Inc., Vivos Therapeutics, Inc., Ben Miraglia, Brian Kraft, and Kirk Huntsman will appear before Judge LaShonda A. Hunt and then and there present their **Motion to Withdraw as Counsel**.

    Respectfully submitted,

By: */s/Madelyn Peterson*
    Madelyn Peterson

Madelyn Peterson
Fox Swibel Levin & Carroll, LLP
200 W. Madison St., Suite 3000
Chicago, Illinois 60606
(312) 224-1200
mpeterson@foxswibel.com

Attorney for Vivos Defendants

Dated: July 1, 2025

**CERTIFICATE OF SERVICE**

     The undersigned attorney hereby certifies that on July 1, 2025 the foregoing was electronically filed with the U.S. District Court Clerk, Northern District of Illinois, by using the CM/ECF filing system, which will send notice of electronic filing to all CM/ECF participants, including:

Darren S. Cahr
Scharf Banks Marmor, LLC
30 West Hubbard, Suite 500
Chicago, IL 60654
(312) 897-1484
DCahr@scharfbanks.com
***Attorneys for Benco Dental Supply Co.***

Nathan I. Neff
Neff Law Group PC
414 N. Orleans, Suite 210
Chicago, Illinois 60654
(312) 667-4484
nathan@nefflawgroup.com
***Attorney for Ortho-Tain, Inc.***

Kevin G. Walton
Ellie Lockwood
SNELL & WILMER, L.L.P.
Tabor Center
1200 Seventeenth Street, Suite 1900
Denver, Colorado 80202-5854
(303) 634-2000
kwalton@swlaw.com
elockwood@swlaw.com
***Attorney for Vivos Defendants***

                                                    *s/ Madelyn Peterson*
                                                     Madelyn Peterson